UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH KATHERINE NAUMES, <br>     Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE ARMY, <br>     Defendant. | Civil Action No. 21-1670 (JEB) |

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion for Reasonable Attorney Fees and Other Litigation Costs [filed herein] and the entire record of this case, it is:

**ORDERED** that Plaintiff's motion is GRANTED; and it is

**FURTHER ORDERED** that Defendant shall pay Plaintiff's attorney fees in the amount of $_____, and other litigation costs reasonably incurred in the amount of $_____, for a total of $_____.

_____                          _____
Date                                                              **JAMES E. BOASBERG**
                                                                         United States District Court Judge