**Exhibit C**

Naumes v Army: Major Phases and Summary of Fees and Costs Prior to Reduction

Chart 1:

| Phase 1: Complaint & Initiating Documents (2021) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 11.6 | $653 | $7,574.80 |
| Paralegals | 12.4 | $200 | $2,480.00 |
| Marc Kardell | 8.2 | $200 | $1,640.00 |
| Total | | | $11,694.80 |

Chart 2:

| Phase 2: Negotiation & JSR (2021) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 7.4 | $653 | $4,832.20 |
| Paralegals | .6 | $200 | $120.00 |
| Marc Kardell | 3.7 | $200 | $740.00 |
| Total | | | $5,692.20 |

Chart 3:

| Phase 3: MSJ & CMSJ Briefing Schedule (2021) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 21.5 | $653 | $16,390.30 |
| Paralegals | 64 | $200 | $12,800.00 |
| Marc Kardell | 34.2 | $200 | $6,840.00 |
| Total | | | $36,030.30 |

Chart 4:

| Phase 4: Reply & Opposition to Second MSJ (2022) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 31.4 | $684 | $21,477.60 |
| Paralegals | 20 | $207 | $4,140.00 |
| Marc Kardell | 6.5 | $207 | $1,345.50 |
| Total | | | $26,963.10 |

Chart 5:

| Phase 5: Court Order & Implementation (2022) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 4.2 | $684 | $2,872.80 |
| Paralegals | 2 | $207 | $414.00 |
| Marc Kardell | 3.4 | $207 | $703.80 |
| Total | | | $3,990.60 |

Chart 6:

| Phase 6: Objection & JSR (2022) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 42.7 | $684 | $29,206.80 |
| Paralegals | 96.2 | $207 | $19,913.40 |
| Marc Kardell | 16.4 | $207 | $3,394.80 |
| Total | | | $52,515.00 |

Chart 7:

| Phase 7: Attorney Fee Settlement & Motion (2022 & 2023) | | | |
|---|---|---|---|
| | Hours: | Rate per hour: | Amount: |
| C. Peter Sorenson | 23.4 | $684 | $16,006.00 |
| Paralegals | 48.7 | $207 | $10,080.90 |
| Marc Kardell | 0 | $207 | $0 |
| Total | | | $26,086.90 |

Chart 8:

| Total Attorney Fees: | |
|---|---|
| | Amount: |
| Phase 1 | $11,694.80 |
| Phase 2 | $5,692.20 |
| Phase 3 | $36,030.30 |
| Phase 4 | $26,963.10 |
| Phase 5 | $3,990.60 |
| Phase 6 | $52,515.00 |
| Phase 7 | $26,086.90 |
| Total | $162,972.90 |

Chart 9:

| Total Fees & Costs Prior to Reduction: | |
|---|---|
| | Amount: |
| Filing Fee | $402.00 |
| Postage | $26.15 |
| Total Costs | $428.15 |
| Total Attorney Fees | $162,972.90 |
| Total Fees & Costs | $163,401.05 |

Chart 10:

| Merits & Fees on Fees Breakdown Prior to Reduction: | |
|---|---|
| | Amount: |
| Attorney Merits (Phases 1-6) | $136,886.00 |
| Attorney Fees on Fees (Phase 7) | $26,086.90 |
| Costs | $428.15 |
| Total | $163,401.05 |