**Exhibit E**

| Naumes v Army: Marc Kardell Time Records | | |
|---|---|---|
| Date: | Description: | Hours: |
| 5-6-21 | Confer with attorney, CPS, re: assisting w/case | .3 |
| 5-8-21 | Research copyright issues | 2.7 |
| 5-10-21 | Review records request, seek additional info from client | .3 |
| 5-11-21 | Review and mark up updated paper record | .8 |
| 5-15-21 | Put together 5+ yellow page chronology, dates, action, and contact names dating from 2-28-19 through 5-11-21 | 2.8 |
| 5-19-21 | Review client comments re: timelines/actions | .2 |
| 6-1-21 | Adjust summary of record based on client notes of previous consult, review Army Reg AR 25-55 | .7 |
| 6-22-21 | Confer with client re: peer validation of study, copyright | .4 |
| 8-6-21 | Initial review of Army records | .7 |
| 8-17-21 | Review DOJ FOIA Guide, case review, confer with CPS re: copyright and | 1.2 |
| 8-18-21 | Confer with client re: Declaration, DOJ guide | .7 |
| 8-19-21 | Review Shapiro case cited by Army counsel, confer with CPS | .8 |
| 8-25-21 | Confer with CPS re: Army and Shapiro case and scheduling | .3 |
| 9-8-21 | Confer with CPS re: client Declaration and issues for client attention | .5 |
| 9-9-21 | Confer with client re: Declaration and chronology | .2 |
| 9-10-21 | Confer with client re: Army Fit Portal, research Points and Authorities | .3 |
| 9-14-21 | Begin drafting Memo | .2 |
| 10-1-21 | Research redaction cases, D.C. specific harm (under Argus) cases | 2.6 |
| 10-17-21 | Review case: Walsh Post v SBA, USDDC case | .4 |
| 10-23-21 | Begin drafting Memo | .8 |
| 10-25-21 | Zoom with client, CPS, staff re: status, likely plan | .7 |
| 10-26-21 | Review Army Decl, ask client re: books mentioned in Army Decl and availability through University; review Secure Test Registration under Copyright Office | 1.8 |

| | | |
|---|---|---|
| 10-28-21 | Review and confer with CPS re: Army filings, confer with client line by line on draft P's Decl and comments | 1.6 |
| 10-29-21 | Email client re: additional and follow up suggestions on Decl | .6 |
| 10-30-21 | Review text of Army PowerPoint exhibit, confer with client | .3 |
| 10-30-21 | Memo research and draft Memo | 6.9 |
| 10-31-21 | Research copyright cases, including pretty woman case; discuss with client Decl and commercial gain issue and Secure Test Registration cases, 6C and 6D | 4.7 |
| 11-1-21 | Work on Memo, confer with client re: Decl and purpose of her research | 1.2 |
| 11-2-21 | Discuss with client options re: availability of text books used by Army through her university resources | .2 |
| 11-5-21 | Revise Memo, confer with client on phone re: Decl and Memo language and revisions | .6 |
| 11-6-21 | Review draft of Memo, email client re: additions useful | .6 |
| 11-7-21 | Research use of confidential language in FOIA exemption 7 (only other use of word in FOIA) | .2 |
| 11-8-21 | Draft Memo, research Google v Oracle (Fair Use), review proposed exhibit | 2.7 |
| 11-10-21 | Complete my share of Memo and review Decl for consistency | 2.5 |
| 11-17-21 | CF with CPS re: Army Reg 25-55, purporting to equate voluntary commercial info submitted as equal to trade secret; CF with CH re: Food Marketing and Auto Safety cases re: customarily and actually treated as private prongs | .8 |
| 11-20-21 | Review and comment on memo including other portions not worked on; and changes to my draft language | .7 |
| 12-22-21 | Review Army Reply; break down issues and possible tasks; review Venetian case; summarize to all | 1.2 |
| 12-27-21 | First draft of Reply; email to all | 1.9 |
| 1-4-22 | Provide language from 436 F. Supp. 3d 90 (ddc 2019) to CPS with comments | .4 |
| 1-4-22 | CF with client; email CPS with her comments re: Reply | .7 |
| 1-5-22 | Review cases, including Niagara Mohawk f.3d (2002), Herrick v. Garvey 10th Cir 2002, re: | 2.4 |

|  | publicly available info and copyright; email Reply outline of section to CPS |  |
|---|---|---|
| 1-7-22 | Draft; review memo sections | 1.2 |
| 1-8-22 | Review; comment on CPS language | .3 |
| 1-10-22 | Finish up my section of Reply | 1.3 |
| 1-12-22 | Address client questions re: Army Decl and our Reply | .2 |
| 2-28-22 | Rev. Decision | .2 |
| 3-9-22 | Email to PS re: potential agreement to restricted copyright releases subject to normal copyright indicators | .3 |
| 3-12-22 | Email to PS, Cl, re: 60-day extension suggestion vs. timeliness of FOIA response by Army | .2 |
| 3-13-22 | Email series to PS, Cl, info or phrases from Cl that might adequately assure authors regarding copyright issue, particularly Dr. Park | .4 |
| 3-13-22 | Discuss DOJ extension request; helpful information needed to fully respond; review DOJ responsive email and agreement to confer further by phone on Monday | .3 |
| 3-14-22 | Email PS re: Army filing, not wanting to rehash earlier (nonexistent) arguments about non-disclosure of recommendations except that a "master list does not exist." Point to their VB Dec and exhibits showing electronic pathway to recommendations | .7 |
| 3-15-22 | Email to PS and Cl re: communication with authors, including explaining that this isn't to recreate tests, but to compare tests and recommendations (which they may not have been told were part of FOIA request). Also that Army Dec seems to show only 3 days between contact authors and Dec | .3 |
| 3-17-22 | Email draft to PS and Cl, pulling from Docs 9-1, 13-1, 9-20, 7-3, and 13-1, potential summary argument | .9 |
| 3-18-22 | Email from PS notifying that Army won't appeal, recommendations being released | .1 |
| 3-31-22 | Email to Cl and PS about short Dec needed regarding Fair Use as relates to her proposed project | .2 |
| 4-3-22 | Review and comment on client proposed Decl | .2 |
| 4-11-22 | Email to CPS re: communication to possible objecting authors, and whether FOIA release | .3 |

| | | |
|---|---|---|
| | precludes client from representing willingness to comply with copyright notice, etc. | |
| 4-12-22 | Pull portion of client Decl regarding not commercially using test questions for inclusion into email we may ask AUSA to provide to authors | .2 |
| 4-28-22 | Review and discuss refusal by Dr. Park, her two reasons | .3 |
| 4-29-22 | Research, find online Naval Postgraduate School form for their advanced degree students to use to request academic usage of copyright materials; suggest email to AUSA attaching that and highlighting release language, for possible way to address Dr. Park's objections | 1.1 |
| 5-3-22 | Phone conf w/CPS and client; draft proposed email to AUSA with attachment from Naval Postgraduate School; review edits of same following sending draft | 1.2 |
| 5-4-22 | Discuss Venetian case (453 F.Supp 2d, 166) with CPS as to clarity of law in District should Army (and/or Dr. Park) not be willing to release subject to some copyright language either from Navy form or as Dr. Park may want; paste footnote from case for legal discussion | .4 |
| 5-21-22 | Research cases on intervention, re: Dr. Park objections | .7 |
| 5-31-22 | Zoom with client and CPS, draft suggested lang. for P's Report | 1.2 |
| 6-7-22 | Comments re: Report | .2 |
| 8-5-22 | Review D's new SJ, Declaration, initial research | .8 |
| 8-11-22 | First draft done for comments re: issues, etc. | 1.7 |
| 8-19-22 | Confer with other clerk re: division of tasks | .3 |
| 8-28-22 | Research (Ruston, etc.), check MMPI online academic research as to availability of Q's for academic review, discuss with client, revise 2nd draft of Memo | 7.6 |

| Hours: | Rate per hour: | Total amount: |
|---|---|---|
| 2021: 39 | $200 | $7,800 |
| 2022: 26.3 | $207 | $5,444.10 |
| Total: 65.3 | | $13,244.10 |