**Exhibit G**

*Hughes v. Army*
*Filing Fee*

 Gmail

Kim Leval <cpslegalassistant1@gmail.com>

## Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　　Tue, Jun 22, 2021 at 10:42 AM
Reply-To: dcdml_financeoffice@dcd.uscourts.gov
To: cpslegalassistant1@gmail.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 5036228
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $402.00
Tracking Id: ADCDC-8546401
Approval Code: 06346D
Card Number: ************2512
Date/Time: 06/22/2021 01:42:11 ET

NOTE: This is an automated message. Please do not reply