**Exhibit H**

*Naures v. Army* (handwritten)



# UNITED STATES POSTAL SERVICE

EUGENE
520 WILLAMETTE ST
EUGENE, OR 97401-2627
(800)275-8777

06/23/2021
12:19 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.20 |

Washington, DC 20530
Weight: 0 lb 7.00 oz
Estimated Delivery Date
Mon 06/28/2021

| Certified Mail® | | | $3.60 |

Tracking #:
70191640000187863043

| Return Receipt | | | $2.85 |

Tracking #:
9590 9402 2149 6193 9605 72

| Total | | | $8.65 |

| First-Class Mail® Large Envelope | 1 | | $2.40 |

Washington, DC 20310
Weight: 0 lb 7.50 oz
Estimated Delivery Date
Tue 06/29/2021

| Certified Mail® | | | $3.60 |

Tracking #:
70191640000187863050

| Return Receipt | | | $2.85 |

Tracking #:
9590 9402 2149 6193 9605 58

| Total | | | $8.85 |

| First-Class Mail® Large Envelope | 1 | | $2.20 |

Washington, DC 20530
Weight: 0 lb 6.80 oz
Estimated Delivery Date
Mon 06/28/2021

| Certified Mail® | | | $3.60 |

Tracking #:
70191640000187863036

| Return Receipt | | | $2.85 |

Tracking #:
9590 9402 2149 6193 9605 89

| Total | | | $8.65 |

---

| Grand Total: | | | $26.15 |

---

| Debit Card Remitted | | | $26.15 |

Card Name: VISA
Account #: XXXXXXXXXXXX9000
Approval #: 002539
Transaction #: 446
Receipt #: 019939
Debit Card Purchase: $26.15
AID: A0000000980840        Chip
AL: US DEBIT
PIN: Verified



