**Exhibit J**

Naumes v Army: Deletions of Time Billing for Phases 1-5, and Phase 7 and Totals of All Fees after Billing Judgment, Adjustments, and Costs

Chart 11:

| Deletions of Time Billing for Phases 1-5 | | |
|---|---|---|
| Date: | Person: | Amount: |
| 5-6-2021 | CPS | $587.70 |
| 7-30-21 | CPS | $130.60 |
| 9-3-21 | CPS | $65.30 |
| 9-21-21 | CPS | $130.60 |
| 10-25-21 | CPS | $848.90 |
| 11-9-21 | CPS | $130.60 |
| 11-19-21 | CPS | $653.00 |
| 1-10-22 | CPS | $205.20 |
| 1-13-22 | CPS | $410.40 |
| Total | | $3,162.30 |

Chart 12:

| Deletions of Time Billing for Phase 6 | |
|---|---|
| | Amount: |
| Total Time Billing | $52,515.00 |
| 75 percent Reduction | $39,386.25 |
| Total | $13,128.75 |

Chart 13:

| Deletions of Time Billing for Phase 7 | | |
|---|---|---|
| Date: | Person: | Amount: |
| 2-4-23 | CPS | $1,162.80 |
| Total | | $1,162.80 |

Chart 14:

| Summary Totals | | |
|---|---|---|
| | Prior to Adjustment: | After Adjustment: |
| Phase 1-5 | $84,371.00 | $81,208.70 |
| Phase 6 | $52,515.00 | $13,128.75 |
| Phase 7 | $26,086.90 | $24,924.10 |
| Costs | $428.15 | $428.15 |
| Grand total | $163,401.05 | $119,689.70 |